UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RALPH POPE,

    Plaintiff,

v.                                    Case No: 8:17-cv-2000-T-30MAP

CITIBANK, N.A.,

    Defendant.

_____

**ORDER**

THIS CAUSE comes before the Court upon the Joint Motion to Stay Case Pending Arbitration (Dkt. 13). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion to Stay Case Pending Arbitration (Dkt. 13) is GRANTED.

2. All pending motions are denied as moot.

3. The Clerk is directed to stay these proceedings and administratively close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 18th day of December, 2017.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record